UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>                        Plaintiff,<br><br>-against-<br><br>JP MORGAN CHASE & CO.,<br><br>                        Defendant. | 24 CIVIL 9785 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 26, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 27, 2025
           New York, New York

                                                           /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                  Chief United States District Judge