UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

              Plaintiff,

-against-

JP MORGAN CHASE & CO.,

              Defendant.

1:24-CV-9785 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated and entered on December 20, 2024, the Court directed Plaintiff, who appeared *pro se*, to, within 30 days, either pay the $405 in fees to bring this action or submit an *in forma pauperis* ("IFP") application. (ECF 3.) The Court warned Plaintiff that, if he failed to comply, the Court would dismiss this action. (*Id.*) Plaintiff did not submit payment of the fees or an IFP application within the time allowed. Thus, by order dated February 21, 2025, and entered on February 26, 2025, and by judgment dated and entered on February 27, 2025, the Court dismissed this action without prejudice. (ECF 6 & 7.)

      On May 6, 2025, well after entry of the judgment that closed this action, the court's Finance Department received from Plaintiff payment of the fees to bring this action. Payment of the fees to bring this action that is received after this action has been closed will not cause the Court to reopen this action. The Court therefore directs the Clerk of Court to return payment of the fees to Plaintiff. This action remains closed.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: May 20, 2025
       New York, New York

>       /s/ Laura Taylor Swain
>       LAURA TAYLOR SWAIN
>       Chief United States District Judge